IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERICA GOODWIN, <br> PLAINTIFF, | § § § | |
| v. | § § | CASE NO. 3:19-CV- 278-N-BK |
| ROBERT WILKE, <br> SECRETARY, DEPARTMENT OF <br> VETERANS AFFAIRS, ET AL., <br> DEFENDANTS. | § § § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 4th day of March, 2020.

_____
David C. Godbey
United States District Judge